UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-14445-ROSENBERG

DIEGO TAMBRIZ-RAMIREZ,

    Petitioner,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon *pro se* Petitioner's Petition for Writ of Habeas Corpus which was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on any dispositive matters. Judge Reid issued a Report and Recommendation recommending that the Petition be denied. The Court has conducted a *de novo* review of Magistrate Judge Reid's Report and Recommendation, Petitioner's objections, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reid's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reid's Report and Recommendation and concludes that Petitioner's Petition should be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation is hereby **ADOPTED** and Petitioner's Petition is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of January, 2021.

_/s/ Robin L. Rosenberg_
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE